THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Raymond Buck
 Crout, Appellant.
 
 
 

Appeal From Richland County
 L. Casey Manning, Circuit Court Judge
Unpublished Opinion No.  2011-UP-027
Submitted January 1, 2011  Filed January
 25, 2011
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM: Raymond Buck Crout appeals his probation revocation.  Crout
 argues the probation revocation court could not revoke his probation because he
 had satisfied his original sentence when the Department of Corrections closed
 his case for the community supervision program.  After a thorough review of the record, counsel's brief,
 and Crout's pro se brief pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss[1] the appeal and grant counsel's
 petition to be relieved. 
APPEAL
 DISMISSED.
FEW,
 C.J., SHORT and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.